IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEITH BOOKHULTZ            :

                                            :

   v.                                :   Civil Action No. DKC 16-2176

                                            :

SEARS AUTHORIZED HOMETOWN
STORES, LLC. t/a Sears     :

**MEMORANDUM OPINION AND ORDER**

    Defendant Sears Authorized Hometown Stores, LLC, has moved to dismiss the product liability complaint filed by Plaintiff Keith Bookhultz.  ECF No. 9.  In his response, Plaintiff appears to acknowledge that the complaint is deficient, but asserts that he is able to supply the missing information.  ECF No. 14. Defendant properly points out in reply, ECF No. 16, that post complaint documents are not to be considered in resolving a Rule 12(b)(6) motion.  If Plaintiff wishes to amend his complaint, he should do so promptly, by filing a motion for leave to amend, accompanied by a proposed amended complaint and a redlined version.  He should also attempt to obtain the consent of Defendant.  See Local rule 103.6.  If Plaintiff does not so move within 21 days, the motion to dismiss will be GRANTED.

    SO ORDERED this 14th day of July, 2016.

                                                                   /s/
                                              DEBORAH K. CHASANOW
                                              United States District Judge